AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

ORIGINAL

United States of America )
v. )
) Case No. 25-20237 SHl-atc
Westley Williams )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Westley Williams,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) Unlawful shipment, transfer, receipt, or possession by a felon

Date: 09/25/2025

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9/25/25, and the person was arrested on *(date)* 10/1/25
at *(city and state)* Memphis, TN.

Date: 10/1/25

*Arresting officer's signature*

James Ratliff / USM
*Printed name and title*